**Order entered June 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00932-CR

### NATHAN HAYWOOD STRONG, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-55421-I**

### ORDER

Before the Court is appellant's June 14, 2021 fourth motion for an extension of time to file his brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief filed by July 9, 2021. The failure to file a brief by July 9, 2021 will result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b).

/s/ DENNISE GARCIA
   JUSTICE